IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**LEONARD PAUL RUBIO,**

        Petitioner,

    v.

**JEANNE S. WOODFORD, et al.,**

        Respondents.

_____/

No. CIV S-05-0638 LKK DAD P

**ORDER GRANTING FIRST EXTENSION OF TIME**

    Good cause appearing, IT IS ORDERED that Respondents' January 30, 2006 First Request for Extension of Time is granted and Respondents shall have to and including February 14, 2006, to file and serve objections to the Findings and Recommendations filed January 18, 2006.

DATED: January 31, 2006.

                /s/ Dale A. Drozd
                DALE A. DROZD
                UNITED STATES MAGISTRATE JUDGE

/rubi0638.extobj

1