IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD PAUL RUBIO,

    Petitioner,        No. CIV S-05-0638 LKK DAD P

    vs.

JEANNE S. WOODFORD, et al.,

    Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 18, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Pursuant to an extension of time granted by the magistrate judge on January 31, 2006, respondents have filed objections to the findings and recommendations, and petitioner has filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

/////

entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 18, 2006, are adopted in full;

2. Respondents' May 5, 2005 motion to dismiss is denied;

3. Respondents' answer to petitioner's application for a writ of habeas corpus shall be filed and served within thirty days after this order is filed and shall be accompanied by all transcripts and other documents relevant to the issues presented in the habeas petition; and

4. Petitioner's reply to the answer shall be filed and served within thirty days after the answer is served.

DATED: March 20, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/rubi0638.806