IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD PAUL RUBIO,

    Petitioner,                       No. CIV S-05-0638 LKK DAD P

    vs.

JEANNE S. WOODFORD,

    Respondent.                    <u>ORDER</u>

                                   /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 11, 2009, the undersigned filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days and that any reply to the objections be filed within ten days thereafter. Petitioner has timely filed objections to the findings and recommendations. Petitioner has also filed a request for an expansion of the record. The respondent has not filed any objections nor, despite being given the opportunity to do so, has counsel for respondent responded either to the objections filed by petitioner or to his request for expansion of the record.

1

The court believes that petitioner's objections and request to expand the record raise serious issues. Moreover, the undersigned finds that responses to the petitioner's objections and his request to expand the record would aid the court in its resolution of the issues presented in those submissions. Therefore the court will order the respondent to respond to the petitioner's objections and to his request to expand the record.

Accordingly, IT IS HEREBY ORDERED that the respondent shall file responses to the petitioner's objections to the findings and recommendations entered on February 11, 2009, in this case and to the petitioner's request to expand the record. Said responses shall be filed within ten days of the entry of this order.

DATED: March 26, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
rubi0638.AG.response.order